

NUMBER 13-11-00105-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PABLO SANCHEZ AND CHURCH OF GOD
THE APOSTOLIC FAITH LATIN CONFERENCE, INC.,          Appellants,

v.

IGLESIA CRISTIANA CRISTO VIVE, INC.,          Appellee.

On Appeal from the 139th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellants filed an appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in cause number C-237-03-C. On April 28, 2011, this appeal was abated and the parties were ordered to mediation. This cause is now before the Court on appellants' unopposed motion to dismiss the appeal on grounds that the trial

court has granted a new trial. Appellants request that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
26th day of May, 2011.